GARY M. RESTAINO
United States Attorney
District of Arizona

BENJAMIN GOLDBERG
Assistant United States Attorney
New York State Bar No. 5346838
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: ben.goldberg@usdoj.gov
Attorneys for Plaintiff

FILED _____ LODGED
_____ RECEIVED _____ COPY

JAN 3 0 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-24-00172-PHX-DJH (ESW) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | |
| Dionte Jaquan Miller, | VIO: 18 U.S.C. § 924(a)(1)(A) (False Statement During the Purchase of a Firearm) Counts 1-17 |
| Defendant. | |

**THE GRAND JURY CHARGES:**

## COUNTS 1-17

On or about the dates below, in the District of Arizona, Defendant DIONTE JAQUAN MILLER knowingly made a false statement and representation to the businesses listed below, which were licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the businesses, in that Defendant DIONTE JAQUAN MILLER did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, on the approximate dates below, stating that he resided at the address listed on the Form 4473, when in truth and fact, he knew that he resided at a different address:

| Count | Date | Business Name |
|-------|------|---------------|
| 1. | July 10, 2021 | Tombstone Tactical (Phoenix, Arizona) |
| 2. | July 10, 2021 | Sportsman's Warehouse (Phoenix, Arizona) |
| 3. | July 12, 2021 | Sportsman's Warehouse (Phoenix, Arizona) |
| 4. | July 14, 2021 | Sportsman's Warehouse (Phoenix, Arizona) |
| 5. | July 14, 2021 | Tombstone Tactical (Phoenix, Arizona) |
| 6. | July 23, 2021 | Estrella Ordnance (Goodyear, Arizona) |
| 7. | July 30, 2021 | Estrella Ordnance (Goodyear, Arizona) |
| 8. | August 3, 2021 | Estrella Ordnance (Goodyear, Arizona) |
| 9. | August 27, 2021 | Sportsman's Warehouse (Phoenix, Arizona) |
| 10. | November 3, 2021 | Shooter's World (Phoenix, Arizona) |
| 11. | February 18, 2022 | Sportsman's Warehouse (Phoenix, Arizona) |
| 12. | March 26, 2022 | Sportsman's Warehouse (Phoenix, Arizona) |
| 13. | April 14, 2022 | Sportsman's Warehouse (Phoenix, Arizona) |
| 14. | June 24, 2022 | Sportsman's Warehouse (Phoenix, Arizona) |
| 15. | December 26, 2022 | Sportsman's Warehouse (Phoenix, Arizona) |
| 16. | January 6, 2023 | Ammo A-Z (Phoenix, Arizona) |
| 17. | March 17, 2023 | Ammo A-Z (Phoenix, Arizona) |

//

//

//

//

//

//

//

In violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL

*/s/*
FOREPERSON OF THE GRAND JURY
Date:  January 30, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona


_____*/s/*_____
BENJAMIN GOLDBERG
Assistant U.S. Attorney

- 3 -